UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                          CASE NO.: 20-17395-BKC-LMI
                                                                                                       PROCEEDING UNDER CHAPTER 13
DAMARIS TRAVIESO


DEBTOR_____/

**TRUSTEE'S MOTION TO DISMISS AND
CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

   **COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

   WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.


   **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on ___July 1, 2021_____.

                                                                        NANCY K. NEIDICH, ESQUIRE
                                                                        STANDING CHAPTER 13 TRUSTEE
                                                                        P.O. BOX 279806
                                                                        MIRAMAR, FL 33027-9806

                                                                        By: /s/ _____
                                                                        ☐ Kenia Molina, Esq.
                                                                           FLORIDA BAR NO: 0085156
                                                                        ☐ Amy Carrington, Esq.
                                                                           FLORIDA BAR NO: 101877
                                                                        ☒ Jose Ignacio Miceli, Esq.
                                                                           FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 20-17395-BKC-LMI

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
DAMARIS TRAVIESO
2255 W 69TH STREET #2
HIALEAH, FL  33016-6814

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

```
05/12/2021 WED 14:04    FAX 9544434452              CH13MIAMI_FAX                   ☐001

                        ***********************
                              FAX TX REPORT
                        ***********************

                              TRANSMISSION OK

                        JOB NO.                4463
                        User Name              mlinan
                        DESTINATION ADDRESS    3055129701
                        SUBADDRESS
                        DESTINATION ID
                        ST. TIME               05/12 14:03
                        TX/RX TIME             00'32
                        PGS.                   1
                        RESULT                 OK
```

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

---

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

05/12/2021

To: ROBERT SANCHEZ, ESQUIRE

Re: Damaris Travieso          Case: 20-17395-LMI

Dear ROBERT SANCHEZ,

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that the creditor had agreed to the Debtor's treatment of its collateral.

Creditor: ALLY BANK REG#1.2

POC PAID DIRECT IN PLAN W/UNSECURED AMOUNT LISTED.

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case.

Very truly yours,

Maria Linan